# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------ x | : | |
| In re: | : | Chapter 11 |
| | : | |
| Charter School Capital, Inc.,[1] | : | Case No. 25-11016 (CTG) |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------ x | | Re: Docket No. 57 |

**ORDER SHORTENING THE NOTICE
AND OBJECTION PERIODS WITH RESPECT TO DEBTOR'S EMERGENCY
MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING
DEBTOR TO OBTAIN POST-PETITION FINANCING AND TO GRANT SECURITY
INTERESTS AND SUPER-PRIORITY ADMINISTRATIVE EXPENSE STATUS
PURSUANT TO 11 U.S.C. §§ 105, 364(c) AND 364(d); (B) UTILIZE CASH
COLLATERAL AND PAY CERTAIN RELATED FEES AND CHARGES;
(C) MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362; AND
(D) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001**

Upon consideration of the motion (the "Motion")[2] of the Debtor for entry of an order (this "Order"), pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rules 4001 and 9006, and Local Rules 4001-2, 9006-1, and 9013-1, (i) shortening the notice and objection periods with respect to the DIP Motion and (ii) setting the hearing date and objection deadline for the DIP Motion; and upon consideration of the Motion and all pleadings related thereto; and having determined that no other or further notice of the Motion is required under the circumstances; and having determined that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and having determined that

---

[1] The Debtor's mailing address is 9450 SW Gemini Dr, PMB 559064, Beaverton, OR 97008-7105, and the last four digits of the Debtor's federal tax identification number are 4278.

[2] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Motion.

2

this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and having determined that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. The Hearing with respect to the DIP Motion shall be held on **July 2, 2025 at 11:00 a.m. (ET)**.

3. Any responses or objections to the DIP Motion may be filed before or otherwise raised at the Hearing.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

**Dated: June 29th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**